```
09/04/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1
TRNS-ADJ       DATE       CASE NO        FUND     DEF        AMOUNT
************************************************************************
                                       SCRANTON
80300298901.  09/04/02   3:02-OP-1      6855XX     1        -158.48
80300298902.  09/04/02                  0869PL     0           4.56
80300298903.  09/04/02                  0869PL     0           7.74
80300298904.  09/04/02                  5100PL     0           5.60
80300298905.  09/04/02                  0869PL     0          14.74
80300298906.  09/04/02                  5100PL     0          11.53
80300298907.  09/04/02                  0869PL     0          30.00
80300298908.  09/04/02                  5100PL     0          54.64
80300298909.  09/04/02                  0869PL     0           8.10
80300298910.  09/04/02                  0869PL     0          21.57
80300299001.  09/04/02   3:02-OP-1      6855XX     1         -22.75
80300299002.  09/04/02                  5100PL     0           4.00
80300299003.  09/04/02                  5100PL     0           1.30
80300299004.  09/04/02                  5100PL     0          17.45
                                              DIVISION TOTAL    0.00
```

Rec 89 203    8/6/02    $7.74    1:01-982    DOUGLAS

TERMED

FILED
SCRANTON
AUG 16 2002
PER _____ DEPUTY CLERK

(6)
(lw)
9/6/02